FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
HUBERT MIRANDA,

               Plaintiff,

-against-

JETRO CASH & CARRY ENT., INC.

               Defendant.
----------------------------------------------------X

05-cv-0062
(SJF)(LB)

**OPINION & ORDER**

FEUERSTEIN, J.

It is hereby ORDERED that defendant Jetro Cash & Carry Enterprises, Inc's Motion to Dismiss International Longshoremen's Association Local 1814's Cross Claim against Jetro Cash & Carry Enterprises, Inc. is granted as unopposed, and the cross claim is dismissed with prejudice.

IT IS SO ORDERED.

/s/ HON. S·J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated: October 26, 2005
Central Islip, New York

1

To:

Hubert Miranda
165 Ashford Street
Apt. #A-1
Brooklyn, NY 11207

Jennifer A. Klear
Drinker Biddle & Reath LLP
140 Broadway
39th floor
New York, NY 10005

Anthony Thomas Scotto
Law Offices of Anthony Thomas Scotto
585 Stewart Avenue
Suite 306
Garden City, NY 11530